IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-173-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WENK PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| ONE HP PAVILION PERSONAL COMPUTER, | ) |
| SERIAL NUMBER 3CR00604J9; | ) |
| ONE SAMSUNG HARD DRIVE, SERIAL | ) |
| NUMBER SOOQQJ10WC63170; | ) |
| ONE IBM COMPUTER HARD DRIVE, | ) |
| SERIAL NUMBER B3OF6655B30; | ) |
| ONE WESTERN DIGITAL EXTERNAL | ) |
| HARD DRIVE, SERIAL NUMBER WXE103757, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 8th day of November, 2012.

JULIE A. RICHARDS
Clerk

BY: _____
Clerk
United States District Court